FILED
2026 JUL 7 AM 10:15
CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

**Sébastien Alexandre LABLANCHE**
21 Allée des Camélias 33127 Martignas sur jalle (France)
Plaintiff,

v.

**Pfizer Inc.**,
Defendant.

Case: 2:26–cv–00626
Assigned To : Oberg, Daphne A.
Assign. Date : 7/7/2026
Description: Lablanche v Pfizer

---

## COMPLAINT FOR DAMAGES

Plaintiff, Sébastien Alexandre LABLANCHE, respectfully alleges as follows:

### I. PARTIES

1. Plaintiff is Sébastien Alexandre LABLANCHE, residing at 21 Allée des Camélias.
2. Defendant is Pfizer Inc., a pharmaceutical company engaged in the development, manufacture and marketing of pharmaceutical products, including the Pfizer-BioNTech COVID-19 vaccine.

### II. JURISDICTION

3. Plaintiff brings this civil action seeking compensatory and punitive damages arising from injuries allegedly sustained following administration of the Pfizer-BioNTech COVID-19 vaccine.
4. Plaintiff requests that the Court exercise jurisdiction as permitted by applicable federal law.

### III. FACTUAL ALLEGATIONS

5. Plaintiff received one or more doses of the Pfizer-BioNTech COVID-19 vaccine.
6. Following vaccination, Plaintiff alleges that he experienced severe reproductive impairment.
7. Medical examinations subsequently revealed severe infertility.
8. Multiple spermograms and DNA fragmentation analyses were performed.
9. Copies of the spermograms, DNA fragmentation reports and related medical records are attached as Exhibits A through ___.

10. Plaintiff alleges that the timing of the onset of these findings following vaccination raises questions regarding a possible causal relationship.

11. Plaintiff contends that additional expert medical review and discovery are warranted to determine the nature and cause of his injuries.

12. Plaintiff alleges that these injuries have caused substantial emotional distress, loss of reproductive capacity, medical expenses, diminished quality of life, and other economic and non-economic damages.

## IV. CAUSES OF ACTION

### Count I – Negligence (Alleged)

13. Plaintiff incorporates all preceding paragraphs.

14. Plaintiff alleges that Defendant failed to exercise reasonable care regarding the safety, testing, monitoring and/or warnings associated with its product.

### Count II – Failure to Warn (Alleged)

15. Plaintiff alleges that Defendant failed to provide adequate warnings regarding potential reproductive risks, if any existed.

### Count III – Strict Products Liability (Alleged)

16. Plaintiff alleges that the vaccine was defective and unreasonably dangerous as applied to Plaintiff, subject to proof at trial.

## V. DAMAGES

17. As a direct and proximate result of the injuries alleged, Plaintiff claims:

- Past and future medical expenses;
- Fertility treatment expenses;
- Emotional distress;
- Pain and suffering;
- Loss of enjoyment of life;
- Loss of reproductive capacity;
- Any additional damages proven at trial.

18. Plaintiff seeks:

- Compensatory damages in the amount of **USD $1,100,000,000 (One Billion One Hundred Million Dollars)** or such other amount as the evidence may justify;
- Punitive damages to the extent permitted by law;

- Costs of suit;
- Pre-judgment and post-judgment interest;
- Any further relief the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**Sébastien Alexandre LABLANCHE**
21 Allée des Camélias

Date: July 4, 2026

G.LABLANCHE

Signature: ___ ___ ___

## EXHIBITS

- Exhibit A – Spermogram No. 1 before the three doses of Pfizer/Biontech
- Exhibit B – Spermogram No. 2 after the three doses of Pfizer/Biontech
- Exhibit C – DNA Fragmentation Report
- Exhibit D – Medical Records (vaccination Pfizer/Biontech,...)
- Exhibit E – Vaccination Records